CHAMBERS

1  LAW OFFICES OF RICHARD A. LOVE
   RICHARD A. LOVE (#61944)
2  11601 Wilshire Boulevard, Suite 2000
   Los Angeles, CA 90025-1756
3  Telephone:  (310) 477-2070
   Facsimile:  (310) 477-3922
4
   Attorneys for Plaintiffs
5  MICHAEL POWELL, JON BRENT WADE,
   CODY J. LARSEN STOLDORF, ERIC A. TALISTU

**FILED**

JUL 2 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL POWELL, an individual, JON BRENT WADE, an individual, CODY J. LARSEN STOLDORF, an individual, ERIC A. TALISTU, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>GSI, an entity, GSI OF CALIFORNIA, INC., a California corporation, GULF STATES, INC., a Colorado corporation, THE DOW CHEMICAL COMPANY, a Delaware corporation and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.:  C 04-05185 MJJ<br><br>REQUEST FOR DISMISSAL |

TO THE COURT, AND CLERK OF THE COURT:

Plaintiffs Michael Powell, Jon Brent Wade, Cody J. Larsen Stoldorf, and Eric A. Talistu (collectively "plaintiffs") and defendants GSI of Californian, Inc. and The Dow Chemical Company, by and through their respective counsel, hereby jointly agree, stipulate and request that this matter be dismissed, with prejudice, and that an order of the Court may so issue.

1

Request for Dismissal                                                                                           C 04-05185 MJJ

| | | |
|---|---|---|
|1| DATED: July 7, 2005 | LAW OFFICES OF RICHARD A. LOVE |
|2| | |
|3| | By: _____ |
|4| | Richard A. Love |
| | | Attorneys for Plaintiffs MICHAEL POWELL, JON BRENT WADE, CODY J. LARSEN |
|5| | STOLDORF, ERIC A. TALISTU |

7  DATED: July 11, 2005            LITTLER MENDELSON
                                   A Professional Corporation

                                   By: _____
                                   William F. Terheyden
                                   Attorneys for defendants
                                   GSI OF CALIFORNIA, INC., THE DOW
                                   CHEMICAL COMPANY

IT IS HEREBY SO ORDERED.

Dated:  7/25/2005

_____
JUDGE MARTIN J. JENKINS
UNITED STATES DISTRICT COURT